UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JEREMIAH A. SMITH,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>C/O MRS. EISNER,<br><br>　　　　Defendant. | 2:16-CV-00299-SAB<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING FIRST AMENDED COMPLAINT**<br><br>**1915(g)** |

　　　Magistrate Judge John Rodgers filed a Report and Recommendation on March 15, 2017, recommending Mr. Smith's First Amended Complaint be dismissed without prejudice, ECF No. 12. Plaintiff, a prisoner at the Spokane County Jail, is proceeding *pro se* and *in forma pauperis;* Defendant has not been served. Plaintiff has not filed any objections to the Report and Recommendation.

　　　Pursuant to 28 U.S.C. §§ 1915(e)(2) and 1915A(b)(1), Magistrate Judge Rodgers reviewed Plaintiff's First Amended Complaint, found that it failed to state a claim upon which relief may be granted, and granted Plaintiff a second opportunity to amend. *See Lopez v. Smith*, 203 F.3d 1122, 1126 (9th Cir. 2000) (noting that the Prison Litigation Reform Act of 1995 contains several provisions that require district courts to screen lawsuits filed by prisoners and to dismiss those suits *sua sponte* under certain circumstances). Although granted the opportunity to so do, Plaintiff did not amend as directed and he has filed nothing further in this action.

**ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING FIRST AMENDED COMPLAINT -- 1**

Accordingly, IT IS HEREBY ORDERED:

1. The Court **ADOPTS** the Report and Recommendation, ECF No. 12, in its entirety.

2. The First Amended Complaint is **DISMISSED without prejudice** for failure to state a claim upon which relief may be granted under 28 U.S.C. §§ 1915(e)(2) and 1915A(b)(1).

3. Pursuant to 28 U.S.C. § 1915(g), a prisoner who brings three or more civil actions or appeals which are dismissed as frivolous or for failure to state a claim will be precluded from brining any other civil action or appeal *in forma pauperis* "unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g). **Plaintiff is advised to read the statutory provisions under 28 U.S.C. § 1915. This dismissal of Plaintiff's First Amended Complaint may count as one of the three dismissals allowed by 28 U.S.C. § 1915(g) and may adversely affect his ability to file future claims.**

**IT IS SO ORDERED.** The Clerk of Court is directed **ENTER** this Order, **ENTER** judgment, **FORWARD** copies to Plaintiff at his last known address and **CLOSE** the file. The Clerk of Court is further directed to **FORWARD** a copy of this Order to the Office of the Attorney General of Washington, Corrections Division. The Court certifies any appeal of this dismissal would not be taken in good faith.

**DATED** this 4th day of May 2017.



Stanley A. Bastian
United States District Judge

**ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING FIRST AMENDED COMPLAINT -- 2**