# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| JEREMIAH A. SMITH,<br><br>*Plaintiff*<br>v.<br>C/O MRS. EISNER,<br><br>*Defendant* | )<br>)<br>)<br>) Civil Action No. 2:16-CV-00299-SAB<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: The Report and Recommendation (ECF No. 12) is ADOPTED in its entirety. The First Amended Complaint (ECF No. 10) is DISMISSED without prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Stanley A. Bastian on a Report and Recommendation (ECF No. 12).

Date: 5/4/2017

*CLERK OF COURT*

SEAN F. McAVOY

*s/ Lennie Rasmussen*
*(By) Deputy Clerk*

Lennie Rasmussen